IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CASE NO. 3: 99CR00161-05 (DRD) |
| | * | 99CR00308-03 (DRD) |
| LUIS FELICIANO-VALENTIN | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO SEAL

**TO THE HONORABLE COURT:**

**COMES NOW, BENJAMIN BONILLA, U.S. PROBATION OFFICER** of this Honorable Court, respectfully requesting that the contents of this envelope be sealed until further notice.

In San Juan, P.R. this 7th day of September, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


*S/ Benjamín Bonilla*
Benjamín Bonilla
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-
787-281-4940 (Fax)
benjamin_bonilla@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 7, 2007, the foregoing motion was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jenifer Y. Hernandez, Assistant U.S. Attorney and Yasmin A. Irizarri, Assistant Federal Public Defender.

At San Juan, Puerto Rico, Puerto Rico, this 5th day of September 2007.

*S/ Benjamín Bonilla*
Benjamín Bonilla
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-
787-281-4940 (Fax)
benjamin_bonilla@prp.uscourts.gov
