IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| PLAINTIFF, * | |
| * | |
| VS. * | |
| LUIS A. FELICIANO * | CRIM. NO. 99-161(DRD) |
| * | |
| DEFENDANT * | |
| ***************************************** | |

**REQUEST FOR URGENT IN-CHAMBERS STATUS CONFERENCE**

TO THE HONORABLE COURT:

NOW COMES Defendant, Luis A. Feliciano, through undersigned counsel, and requests with urgency an in-chambers conference to be held at the Court's earliest convenience. In support of, defendant prays as follows:

1. On November 19th, 2007, this Honorable Court will hold a final revocation hearing in the above referenced matter. There are numerous procedural and substantive matters which require the prompt attention of the Court and all parties involved. Said matters are of such a delicate nature that it would be in the best interest of justice that they be considered in a face to face conference rather than a sealed motion. It is requested that the Court require the presence of Probation Officer Benjamin Bonilla as well as a representative of the United States Attorney's Office.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of October of 2007.

        S/Robert W.Odasz

        Robert W. Odasz
        PMB 462
        5900 Isla Verde Ave,
        Carolina, P.R. 00979
        Tel -Fax (787)791-652
        E-Mail: Robertodasz@aol.com


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    At San Juan, Puerto Rico, this 22nd day of October of 2007.

        S/Robert W. Odasz
        Robert W. Odasz #7832
        Attorney for Luis A. Feliciano
        PMB 462
        5900 Isla Verde Ave.
        Carolina, Puerto Rico 00979
        Tel/fax (787) 791-6522
        Robertodasz@aol.com